UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1785
(DA 26-300)

_____

SHERROD BROWN; JON OSSOFF; ROY A. COOPER, III; KRISTEN
MCDONALD RIVET

        Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF
AMERICA

        Respondents

and

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NATIONAL
REPUBLICAN SENATORIAL COMMITTEE

        Intervenors

_____

O R D E R

_____

Upon consideration of petitioners' motion to expedite, the court grants the

motion and sets the following accelerated briefing schedule:

- July 2, 2026 – FCC files the administrative record or confirms that it
  consists only of the challenged Media Bureau guidance and petitioners'

application for review.

- July 6, 2026 – Petitioners file their opening brief and the joint appendix.
- July 20, 2026 – Respondents file their response brief.
- July 27, 2026 – Petitioners file their reply brief.

The Clerk shall schedule oral argument by separate order.

For the Court

/s/ Nwamaka Anowi, Clerk