FILED: July 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1785
(DA 26-300)

_____

SHERROD BROWN; JON OSSOFF; ROY A. COOPER, III; KRISTEN
MCDONALD RIVET

Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF
AMERICA

Respondents

and

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NATIONAL
REPUBLICAN SENATORIAL COMMITTEE

Intervenors

_____

O R D E R

_____

Upon consideration of the unopposed motion to intervene on appeal filed by

the National Republican Congressional Committee and the National Republican

Senatorial Committee, the court grants the motion. Intervenors shall join in the respondents' brief pursuant to Local Rule 12(e).

For the Court

/s/ Nwamaka Anowi, Clerk