# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 1, 2026

_____

## RESPONSE REQUESTED

_____

No. 26-1785,    <u>Sherrod Brown v. FCC</u>
                DA 26-300

TO:    Roy A. Cooper
       Kristen McDonald Rivet
       Sherrod  Brown
       Jon  Ossoff

RESPONSE DUE: 07/13/2026

Response is required to the motion to dismiss on or before 07/13/2026.

A. Walker, Deputy Clerk
804-916-2702