No. 26-1785

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

SHERROD BROWN, JON OSSOFF,
ROY COOPER, AND KRISTEN MCDONALD,

*Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

*Respondents.*

---

On Petition for Review of a Public Notice by
the Federal Communications Commission's Media Bureau

---

### CERTIFIED INDEX OF ITEMS IN THE RECORD

---

The Federal Communications Commission herewith files a

certified list of items constituting the record of the proceedings before

the Federal Communications Commission pertinent to the above-

captioned case.  The filing consists of (1) a list of items constituting the

record and (2) certificate of the Commission's Secretary.

July 2, 2026

Respectfully submitted,

*/s/ Scott M. Noveck*

Scott M. Noveck
  *Counsel*

FEDERAL COMMUNICATIONS
COMMISSION
WASHINGTON, D.C.  20554
(202) 418-1740

*Counsel for Respondent Federal
  Communications Commission*

**In the Matter of**
**Guidance on Entitlement to Lowest Unit Charge for Legally Qualified Candidates for Federal Office and All Authorized Committees**

DA 26-300

| Date Received | Name of filer(s) | Type of Filing |
|---|---|---|
| 3/30/2026 | Media Bureau | Public Notice |

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

SHERROD BROWN, JON OSSOFF,
ROY COOPER, AND KRISTEN MCDONALD,

*Petitioners,*

v.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

*Respondents.*

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY
## FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 2nd day of July 2026.

FEDERAL COMMUNICATIONS COMMISSION

*Marlene H. Dortch*

Marlene H. Dortch
*Secretary*