**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219


July 7, 2026


_____


DOCKET CORRECTION NOTICE

_____


No. 26-1785,    Sherrod Brown v. FCC
                DA 26-300


TO:     Roy A. Cooper
        Kristen McDonald Rivet
        Sherrod  Brown
        Jon  Ossoff


FILING CORRECTION DUE:  July 7, 2026

Please make the correction identified below and file a corrected document by the
date indicated.

_____

  [ x ] Refile appendix using separate entry.


A. Walker, Deputy Clerk
804-916-2702