FILED: July 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1785
(DA 26-300)

_____

SHERROD BROWN; JON OSSOFF; ROY A. COOPER, III; KRISTEN
MCDONALD RIVET

        Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF
AMERICA

        Respondents

and

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NATIONAL
REPUBLICAN SENATORIAL COMMITTEE

        Intervenors

_____

O R D E R

_____

This case is scheduled for oral argument on Friday, August 7, 2026.

The court requires a total of four paper copies of all briefs and appendices

filed by counsel in cases that are calendared for oral argument. If you previously

filed an electronic copy of your brief or appendix, you must now file four paper copies within 7 days of this notice.  If you have not yet filed your brief, you must file four paper copies and an electronic copy at the time of filing.  Paper copies must be identical as to cover, binding, page numbering, and formatting must match the electronic copy, and must comply with the **Fourth Circuit Brief and Appendix Requirements**.  No ECF entry is made by counsel when filing paper copies of previously filed briefs and appendices.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk