Federal Communications Commission
Office of General Counsel—Litigation Division
45 L Street NE • Washington, DC 20554
Tel: (202) 418-1740 • Fax: (202) 418-2819

August 17, 2026

Nwamaka Anowi, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: *Sherrod Brown, et al. v. FCC & USA*, No. 26-1785 (argued Aug. 7, 2026)

Dear Ms. Anowi:

In briefing and at argument, Respondents presented several threshold arguments, including that the challenged Public Notice was not a final Commission order and did not alter the regulatory status quo. Pursuant to Federal Rule of Appellate Procedure 28(j), the FCC now writes to update the Court on two developments that provide additional support for dismissal of Petitioners' untimely attempt to alter the regulatory status quo.

First, on August 13, the FCC's Media Bureau issued an order dismissing a petition for reconsideration of the challenged Public Notice filed by the Television Bureau of Advertising, Inc. *See Order on Reconsideration*, DA 26-851 (Media Bur. Aug. 13, 2026) (copy attached). The Bureau's *Order on Reconsideration* makes clear that, in merely "restat[ing] previous Media Bureau guidance," the Public Notice "broke no new ground"; it "simply collects in one place prior FCC orders and other relevant authority." *Id.* ¶¶ 2, 4, 7, 10, 12–14. "[N]othing in the Public Notice … reopens or otherwise creates a new opportunity to challenge the agency's prior determinations." *Id.* ¶ 12.

Second, on August 14, the FCC Chairman circulated a proposed order on the application for Commission review filed by Petitioners here. The Commissioners may now vote on that proposed order.[1] We have been authorized to disclose that the proposed order would also dismiss the application as an improper vehicle for revisiting existing law on the eve of an election, after primaries have occurred and plans have been made for the general election based on the existing rules.

[1] FCC, Items on Circulation, https://www.fcc.gov/items-on-circulation.

Neither the *Order on Reconsideration* nor the proposed order would alter parties' ability to bring case-specific disputes about the application of the "lowest unit charge" to the FCC for adjudication. And parties that wish for the Commission to reexamine past agency rules or guidance concerning the lowest unit charge would remain free to submit petitions for rulemaking or declaratory ruling for consideration in the normal course.

These administrative developments, which demonstrate that Petitioners sought review of a document that merely reminded the public of existing obligations, support Respondents' position that Petitioners' challenge should be dismissed.

Respectfully submitted,

/s/ *Scott M. Noveck*

Jacob M. Lewis
*Associate General Counsel*

Sarah E. Citrin
*Deputy Associate General Counsel*

Scott M. Noveck
*Counsel*

(Enclosure)

cc: All counsel (via CM/ECF)