FILED: August 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1785
(DA 26-300)

---

SHERROD BROWN; JON OSSOFF; ROY A. COOPER, III; KRISTEN MCDONALD RIVET

Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

Respondents

and

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE

Intervenors

------------------------------

CAMPAIGN LEGAL CENTER

Amicus Supporting Petitioners

and

NATIONAL MEDIA RESEARCH, PLANNING & PLACEMENT; SMART MEDIA GROUP; AND FLEXPOINT MEDIA

Amicus Supporting Respondents

---

O R D E R

---

Upon consideration of the intervenors' motion for stay, the court denies the motion. The clerk is directed to immediately issue the mandate in this case.

Judge King and Judge Wynn voted to deny the motion. Judge Wilkinson voted to grant the motion.

For the Court

/s/ Nwamaka Anowi, Clerk