FILED: August 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1785
(DA 26-300)

---

SHERROD BROWN; JON OSSOFF; ROY A. COOPER, III; KRISTEN MCDONALD RIVET

Petitioners

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

Respondents

and

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE

Intervenors

------------------------------

CAMPAIGN LEGAL CENTER

Amicus Supporting Petitioners

and

NATIONAL MEDIA RESEARCH, PLANNING & PLACEMENT; SMART

MEDIA GROUP; AND FLEXPOINT MEDIA

Amicus Supporting Respondents

M A N D A T E

The judgment of this court, entered August 25, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*