**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

SHERROD BROWN; JON OSSOFF; ROY A. COOPER, III; KRISTEN MCDONALD RIVET,

Petitioners,

v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

Respondents,

and

NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

Intervenors.

No. 26-1785

---

**CONSENT MOTION FOR LEAVE TO FILE A CORRECTED DISCLOSURE STATEMENT UNDER FEDERAL RULE OF APPELLATE PROCEDURE 29(a)(4)(E)(iii)**

Amici National Media Research, Planning & Placement, Smart Media Group, and Flexpoint Media, respectfully move this Court pursuant to Federal Rule of Appellate Procedure 27 for leave to file a corrected disclosure statement identifying the source of funding for Amici's brief filed in the above-captioned matter,

previously submitted under Federal Rule of Appellate Procedure 29(a)(4)(E). In support of this motion, Amici state as follows:

On July 24, 2026, Amici filed their brief in support of Respondents in this matter. That brief included a disclosure statement pursuant to Rule 29(a)(4)(E), which requires that an amicus brief indicate whether:

> (i) a party's counsel authored the brief in whole or in part;
>
> (ii) a party or a party's counsel contributed money that was intended to fund preparing or submitting the brief; and
>
> (iii) a person—other than the amicus curiae, its members, or its counsel—contributed money that was intended to fund preparing or submitting the brief and, if so, identifies each such person.

Rule 29(a)(4)(E)(iii) thus requires an amicus to disclose any person, other than the amicus, its members, or its counsel, who contributed money intended to fund the preparation or submission of the brief. Amici's disclosure statement inadvertently failed to identify the Republican National Committee ("RNC") as a source of funding for the preparation of the brief. Counsel has since discovered the omission and by this motion seeks promptly to correct that error to ensure the record accurately reflects the Rule 29(a)(4)(E)(iii) disclosure. Amici is not aware of any prejudice to any party that would result from granting this motion, and the correction does not affect the substance of Amici's brief or the arguments presented therein.

Pursuant to Federal Rule of Appellate Procedure 27(a)(2) and Local Rule 27(a), counsel for Amici informed counsel for all other parties of the intended filing of this motion. Counsel for Amici certifies that counsel for Petitioners, counsel for the FCC, counsel for the Department of Justice, and counsel for Intervenors have all consented to the relief requested in this motion.

For the foregoing reasons, Amici respectfully requests that the Court grant leave to file the corrected disclosure statement attached hereto as Exhibit A, which states that the RNC funded the preparation of the brief, or in the alternative, grant leave to refile a corrected version of the brief that includes the corrected disclosure statement.

Respectfully submitted,

/s/ Erin Morrow Hawley
ERIN MORROW HAWLEY
JOHN S. EHRETT
*Lex Politica PLLC*
*700 Pennsylvania Avenue SE,*
*Ste #440*
*Washington, DC 20003*
*(512) 354-1783*
*ehawley@lexpolitica.com*
*jehrett@lexpolitica.com*

Counsel for *Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 408 words, excluding the parts exempted by Rule 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (Times New Roman, 14-point) using Microsoft Word.

Dated: August 28, 2026

/s/ Erin Morrow Hawley
Erin Morrow Hawley

## CERTIFICATE OF SERVICE

I, Erin Morrow Hawley, an attorney, hereby certify that on this day the foregoing motion was served electronically on all parties via CM/ECF.

Dated: August 28, 2026

/s/ Erin Morrow Hawley
Erin Morrow Hawley

**EXHIBIT A**

**CORRECTED DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), Amici Curiae National Media Research, Planning & Placement, Smart Media Group, and Flexpoint Media states that no party or party's counsel authored the previously filed brief in whole or in part, and no person other than Amici, their members, or its counsel contributed money intended to fund the preparation or submission of the brief, except that the Republican National Committee contributed money intended to fund the preparation of the brief.